■ MORRIS EHRLICH, Appellant, v REBCO INSURANCE EX-CHANGE, LTD., Respondent.—Order, Supreme Court, New York County (Harold Tompkins, J.), entered on or about February 8, 1989, unanimously affirmed, without costs and without disbursements. The application by respondent to strike appellant's reply brief is denied. No opinion. Concur—Asch, J. P., Kassal, Rosenberger, Wallach and Rubin, JJ.

■ In the Matter of ANDREA BETH MARTHA B. a Child Alleged to be Abandoned. ST. CHRISTOPHER-OTTILIE, Respondent; BARBARA B. et al., Appellants.—Order, Family Court, New York County (Judith Sheindlin, J.), entered on March 9, 1988, unanimously affirmed, without costs and without disbursements. Application by counsel for the respondent-appellant to withdraw as counsel is granted (see, Matter of Wise Servs. [Whyte], 131 AD2d 306). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Asch, J. P., Kassal, Rosenberger, Wallach and Rubin, JJ.

■ In the Matter of EDWARD PLATT et al., Appellants, v JUDITH A. LEVITT, as Personnel Director of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County (Eve Preminger, J.), entered on or about October 13, 1988, unanimously affirmed, for reasons stated by Preminger, J., without costs and without disbursements. Concur—Asch, J. P., Kassal, Rosenberger, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAURA WALKER, Also Known as JACQUELINE JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on January 18, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Asch, J. P., Kassal, Rosenberger, Wallach and Rubin, JJ.